UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN MILLER, et al.,
        Plaintiffs,

                                                    Case No. 2:10-CV-00917
v.                                                  JUDGE EDMUND A. SARGUS, JR.
                                                    Magistrate Judge Terence P. Kemp

REGINALD A. WILKINSON, et al.,
        Defendants.

## ORDER

This matter came before the Court on Friday, March 27, at 2:30 p.m. for a telephone status conference. The parties agreed to all material terms of settlement, which the parties further agreed will be reduced to writing consistent with the time period agreed upon at the conference. The Court hereby incorporates the material terms of settlement agreed upon by the parties, and reserves the right to enforce those terms of settlement. Because this case is now settled, the Clerk is **DIRECTED** to close this case and remove any pending motions as moot.

IT IS SO ORDERED.


    3-28-2014
_____                    _____
DATE                                       EDMUND A. SARGUS, JR.
                                           UNITED STATES DISTRICT JUDGE