UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN MILLER, et al.,

        Plaintiffs,

v.

REGINALD A. WILKINSON, et al.,

        Defendants.

Case No. 2:10-CV-917
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

On July 23, 2015, the Magistrate Judge issued a Report and Recommendation in this case [ECF No. 67] recommending that the Court deny Defendant Darryl Blankenship's ("Defendant") Motion for Relief from Judgment or Motion for Order Enforcing a Judgment (the "Motion") [ECF No. 64]. The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run and no party has objected. Accordingly, the Report and Recommendation is **ADOPTED**. For the reasons set forth in the Report and Recommendation, Defendant's Motion is **DENIED**.

IT IS SO ORDERED.

9-3-2015
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE